IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT 27  A 10: 10

| | |
|---|---|
| J. R. CAMBRON,        )<br>                       )<br>   PLAINTIFF          )<br>                       )<br>v.                     )     CIVIL ACTION NO. 1:06-CV-970-WKW<br>                       )<br>UNITED STATES DRUG     )<br>ENFORCEMENT ADMINISTRATION, )<br>                       )<br>   DEFENDANT          ) | |

## COMPLAINT

1. This action arises under Title 28, United States Code, Section 1346(2), as a result of a contract for services between plaintiff and agents of the defendant as hereinafter more fully appears.

2. On or about the 15th day of March, 2001, plaintiff entered into an agreement with TFA Joe Watson and SSA John Wall, Drug Enforcement Administration, whereby plaintiff would work in an undercover role for the agency in a methamphetamine investigation and that he would be compensated by the agency for his efforts.

3. Plaintiff worked on the case for over three years following the instructions of the agents. The investigation resulted in the arrests and convictions of several individuals and seizure of drugs and non-drug assets. To this date, plaintiff has only been paid a small amount to cover expenses he incurred during the investigation and nothing for his services.

1

Wherefore plaintiff demands judgment against defendant for the sum of ten thousand dollars ($10,000.00), interest, and costs.

*[signature]*

Charles R. Niven (NIV001)
Attorney for Plaintiff
P.O. Box 598
Loxley, AL 36551
(251) 964-6174
(251) 964-7974 (Facsimile)