AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

J.R. CAMBRON

V.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-cv-970-WKW

TO: (Name and address of Defendant)

United States Drug Enforcement Administration
2350 Fairland Drive
Montgomery, AL 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles R. Niven
P.O. Box 598
Loxley, AL 36551

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      10/27/06
CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

J.R. CAMBRON

V.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-970-WKW

TO: (Name and address of Defendant)

Attorney General's Office
c/o U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles R. Niven
P.O. Box 598
Loxley, AL 36551

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        10/27/06

CLERK                                                    DATE

(By) DEPUTY CLERK