| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Julie Hitchcock*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

1. Article Addressed to:

U.S. Drug Enforcement Administration
2350 Fairland Drive
Montgomery, AL 36116

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

1:06CV970
SRW

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0003 2050 7069

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540