AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

J.R. CAMBRON

V.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV970-WKW

TO: (Name and address of Defendant)

U.S. Attorney's Office
Civil Process
P.O. Box 197
Montgomery, AL 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles R. Niven
P.O. Box 598
Loxley, AL 36551

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    Oct. 27, 2006
CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  10-27-06 |
| NAME OF SERVER (PRINT)  Charles R. Niven | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: U.S. Attorney's Office Civil Process

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/27/06
             Date

*Signature of Server*

P.O. Box 598
Loxley, AL 36551
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.