IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 29  P 1:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| J. R. CAMBRON, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-970-WKW |
| | ) |
| UNITED STATES DRUG | ) |
| ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| DEFENDANT | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW plaintiff, by and through undersigned counsel and pursuant to Rule 15(a), Federal Rules of Civil Procedure, moves the Court for leave to amend his complaint to substitute the United States as the party-defendant in the above-styled action, and in support thereof states as follows:

1.  Rule 15(a), Federal Rules of Civil Procedure, permits a party to amend the party's pleading with leave of the Court. The rule further states "and leave shall be freely given when justice so requires".

2.  "[T]here must be a substantial reason to deny a motion to amend. Substantial reasons justifying a denial include 'undue delay, bad faith, dilatory motive on the part of the movant, . . . undue prejudice to the opposing party by virtue of the allowance of the amendment, [and] futility of amendment.' Foman v. Davis, 371 U.S. at 178, 182 (1962)." United States of America, ex rel. and Benny Sanders v. East Alabama Healthcare Authority, et al., 953 F.Supp. 1404 (M.D.Ala. 1996)

3.  There is no undue delay, bad faith, or dilatory motive on the part of the plaintiff and the amendment will not prejudice the United States.

WHEREFORE, the plaintiff prays that the Court will allow the amendment and the amendment will relate back as contemplated by Rule 15(c), Federal Rules of Civil Procedure.

Respectfully submitted this the 29th day of December, 2006.

*/s/ Charles R. Niven*
Charles R. Niven (NIV001)
Attorney for Plaintiff
P. O. Box 598
Loxley, AL 36551
(251) 964-6174
(251) 964-7974 (Fax)
E-mail: cniven@gulftel.com

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above pleading upon Stephen M. Doyle, Assistant United States Attorney, by placing a copy of same in the Unites States mail addressed to him at P. O. Box 197, Montgomery, AL 36101-0197, postage prepaid on December 29, 2006.

*/s/ Charles R. Niven*
Charles R. Niven

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| J. R. CAMBRON, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-970-WKW |
| | ) |
| UNITED STATES, | ) |
| | ) |
| DEFENDANT | ) |

RECEIVED

2006 DEC 29  P 1: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AMENDED COMPLAINT

1. This action arises under Title 28, United States Code, Section 1346(2), as a result of a contract for services between plaintiff and agents of the defendant as hereinafter more fully appears.

2. On or about the 15th day of March, 2001, plaintiff entered into an agreement with TFA Joe Watson and SSA John Wall, Drug Enforcement Administration, whereby plaintiff would work in an undercover role for the agency in a methamphetamine investigation and that he would be compensated by the agency for his efforts.

3. Plaintiff worked on the case for over three years following the instructions of the agents. The investigation resulted in the arrests and convictions of several individuals and seizure of drugs and non-drug assets. To this date, plaintiff has only been paid a small amount to cover expenses he incurred during the investigation and nothing for his services.

1

Wherefore plaintiff demands judgment against defendant for the sum of ten thousand dollars ($10,000.00), interest, and costs.

*[signature]*
Charles R. Niven (NIV001)
Attorney for Plaintiff
P.O. Box 598
Loxley, AL 36551
(251) 964-6174
(251) 964-7974 (Facsimile)