IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. R. CAMBRON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-00970-WKW |
| | ) |
| UNITED STATES DRUG | ) |
| ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the defendant's Motion to Dismiss (Doc. # 7) and the plaintiff's Motion for Leave to Amend Complaint (Doc. # 8).

The defendant argues that the plaintiff's claims against the United States Drug Enforcement Administration ("DEA") should be dismissed for lack of subject matter jurisdiction because sovereign immunity shields agencies of the federal government from suit. The defendant further asserts that the United States is the only proper party in a suit against the federal government for breach of contract pursuant to the Little Tucker Act, 28 U.S.C. § 1346 (a)(2). After the motion to dismiss was filed, the plaintiff filed a motion for leave to amend. The proposed amended complaint, which was attached to the plaintiff's motion, reflects that the named defendant has been changed from the DEA to the United States.

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "[l]eave shall be freely given when justice so requires." In the interest of justice, it is hereby ORDERED that the motion for leave to amend (Doc. # 8) is GRANTED. It is ORDERED that the plaintiff shall file **on or before**

**January 10, 2007**, an exact duplicate of the amended complaint that is attached to the motion for leave to amend.

The court finds that the plaintiff's amendment to the complaint vitiates the grounds for the defendant's motion to dismiss. Accordingly, it is ORDERED that the motion to dismiss (Doc. # 7) is DENIED as MOOT. The defendant shall plead in response to the amended complaint **on or before January 24, 2007.**

DONE this 8th day of January, 2007.

                                    /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE