IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| J. R. CAMBRON, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-970-WKW |
| | ) |
| UNITED STATES, | ) |
| | ) |
| DEFENDANT. | ) |

### PLAINTIFF'S MOTION TO DISMISS AMENDED COMPLAINT WITHOUT PREJUDICE

COMES NOW plaintiff, J. R. Cambron, by and through undersigned counsel, and respectfully moves the court to dismiss the Amended Complaint in this case without prejudice to plaintiff pursuing his remedies pursuant to the Contract Disputes Act.

Respectfully submitted this the 7th day of February, 2007.

_____
Charles R. Niven (NIV001)
Attorney for Plaintiff
P. O. Box 598
Loxley, AL 36551
(251) 964-6174
(251) 964-7974 (Fax)
E-mail: cniven@gulftel.com

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above pleading upon Stephen M. Doyle, Assistant United States Attorney, by placing a copy of same in the Unites States mail addressed to him at P. O. Box 197, Montgomery, AL 36101-0197, postage prepaid on February 7, 2007.

_____
Charles R. Niven