IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. R. CAMBRON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-00970-WKW |
| | ) |
| UNITED STATES DRUG | ) |
| ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the plaintiff's Motion to Dismiss (Doc. # 13). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED. This case is DISMISSED without prejudice. The defendant's Motion to Dismiss (Doc. # 11) is DENIED as MOOT.

An appropriate judgment will be entered.

DONE this 14th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE